**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 23-1509**

---

KATHY STEELE, Administrator of the Estate of Robert David Steele, et al.; EARTH INTELLIGENCE NETWORK,

        Plaintiffs - Appellees,

    v.

JASON GOODMAN,

        Defendant - Appellant.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  John A. Gibney, Jr., Senior District Judge.  (3:21-cv-00573-JAG)

---

Submitted:  June 15, 2023                      Decided:  June 21, 2023

---

Before DIAZ, RICHARDSON, and HEYTENS, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Jason Goodman, Appellant Pro Se.  Steven Scott Biss, LAW OFFICE OF STEVEN S. BISS, Charlottesville, Virginia for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jason Goodman seeks to appeal the district court's order denying his motion for summary judgment on the Plaintiffs' claims of defamation and business conspiracy. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). The order Goodman seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we grant Plaintiffs' motion to dismiss the appeal for lack of jurisdiction, and we deny as moot Plaintiffs' motion to expedite. We also deny Plaintiffs' request for attorneys' fees. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*